**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

---

Date:  February 8, 2013                  **Probation/Pretrial: Erika Hitti**
**Secretarial Assistant:  Shirley W. Dills      Interpreter:**
**FTR**

---

**Criminal Case No.:   12-MJ-00136-DLW**

**UNITED STATES OF AMERICA,**

                                    **[   ] James Candelaria, AUSA**
          **Plaintiff,**              **[   ] Todd Norvell, AUSA**
                                    **[x ] Dondi Osborne, AUSA - NOT PRESENT**

**v.**

**1.  JEFFREY BRONDUM,**              **Counsel: Michael Goldman**

          **Defendant.**

---

**COURTROOM MINUTES - DEFENDANT'S MOTION TO CORRECT
(RECONSIDER) SENTENCE UNDER 28 U.S.C. 2255 [DOC. #30]**

---

**Court in Session: 8:04 a.m.**

Court calls case and appearances entered.  AUSA not present.

Defendant in custody and presence waived.

Court has reviewed the Defendant's Motion and the Government's Response and the statute under 28 U.S.C. 2255.

Court finds that the only way 28 U.S.C. 2255 would apply is if the sentence was in violation of the Constitution, the laws of the United States or if the sentence was in excess of the maximum authorized by law.  The statute makes no provision for the Court to reduce or reconsider the sentence even if the Court deems it appropriate.  Colorado Rules of Criminal Procedure 35 does

1

have a provision whereby the Court can correct an illegal sentence or reconsider or reduce a sentence.  Therefore, the Court is obligated to follow the law in this matter, no matter what it personally believes and it is therefore:

**ORDERED:**

- Defendant's Motion to Correct (Reconsider) Sentence Under 28 U.S.C. 2255 [Doc. #30] is DENIED, and
- The Defendant's request for a clerical correction to the Second Amended Judgment [Doc. #29] under "Statement of Reasons" Section I.B.1 at Page 7 is GRANTED and the Judgment should be amended to indicate a Total Offense Level of "8", not "10".

Hearing Concluded
**Court in Recess: 8:13 a.m.**
Time: 7 -Minutes